United States District Court
District of Connecticut
FILED AT   NEW HAVEN
8/30 20 11
Roberta D. Tabora, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:11CR 160 (JBA) |
| v. | VIOLATIONS: |
| JOSEPH WALKER<br>a.k.a. "Frost" | 18 U.S.C. Section 1344<br>(Bank Fraud) |

## INFORMATION

The United States Attorney charges:

### GENERAL ALLEGATIONS

1. At all times relevant to this Information, TD Bank, Bank of America, Farmington Savings Bank, Webster Bank, Wells Fargo, Sovereign Bank, People's Bank, and Wachovia (hereinafter "the Victim Banks") were financial institutions located in Connecticut and insured by the Federal Deposit Insurance Corporation.

2. From on or about July 14, 2009, and continuing to March 1, 2010, the defendant JOSEPH WALKER, a.k.a. "Frost," and others known and unknown to the United States Attorney, knowingly devised and executed a scheme and artifice to defraud the Victim Banks and to obtain money and funds under their custody and control by means of material false and fraudulent pretenses, representations, and promises.

3. It was part of the scheme and artifice to defraud the Victim Banks that the defendant JOSEPH WALKER did use his own personal computer and printer to create counterfeit checks, purportedly drawn on the accounts of several different businesses and municipalities, and designed to appear to be authentic checks.

4. It was further part of the scheme and artifice to defraud that the defendant JOSEPH WALKER either directly recruited individuals to cash the counterfeit checks he created, or employed

a co-conspirator to recruit individuals to cash those checks. Once a casher was identified, the defendant JOSEPH WALKER then produced a counterfeit check or checks made payable to the casher.

5. It was further part of the scheme and artifice to defraud that the defendant JOSEPH WALKER, or a co-conspirator working at his direction, drove the cashers to different banks or check cashing establishments in order that the casher could present the counterfeit check for payment. If the casher successfully cashed the counterfeit check, the casher kept a portion of the proceeds, and would provide the remainder to the defendant JOSEPH WALKER or a co-conspirator.

## COUNTS 1-3
## 18 U.S.C. Section 1344
## (Bank Fraud)

6. Paragraphs 1 through 5 of this Information are realleged and incorporated by reference as though fully set forth herein.

7. It was part of the scheme and artifice to defraud that each transaction of causing a counterfeit check to be cashed or of attempting to cause a counterfeit check to be cashed constitutes a separate count of this Information on the dates, in the amounts and at the bank or check cashing locations set forth below:

| Count | Paying Bank | Cashing Location | Date Cashed | Amount |
| --- | --- | --- | --- | --- |
| 1 | TD Bank | Stop & Shop, Manchester, Connecticut | August 13, 2009 | $497.68 |
| 2 | Webster Bank | Webster Bank, Cromwell, Connecticut | November 2, 2009 | $998.65 |
| 3 | TD Bank | People's Bank, Hartford, Connecticut | January 13, 2010 | $498.63 |

All in violation of Title 18, United States Code, Section 1344.


_____
DAVID B. FEIN
UNITED STATES ATTORNEY



_____
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY