United States District Court
District of Connecticut
FILED AT    NEW HAVEN
_____ 8/30 20 11
Roberta D. Tabora, Clerk
_____
Deputy Clerk

United States District Court

**DISTRICT OF** _____ **CONNECTICUT** _____

UNITED STATES OF AMERICA

V.

JOSEPH WALKER aka "Frost"

**WAIVER OF INDICTMENT**

CASE NUMBER: 3:11CR_160_(JBA)

I, ____JOSEPH WALKER____ the above named defendant, who is accused of

three counts of Bank Fraud, in violation of Title 18 U.S.C. § 1344,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___August 30, 2011___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
JOSEPH WALKER
DEFENDANT

_____
JOSEPH COLARUSSO, ESQ.
COUNSEL FOR DEFENDANT

Before: /JBA/
Janet B. Arterton, U.S. District Judge
**Judicial Officer**